FILED '05 AUG 29 12:48 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| RAYMOND SANCHEZ, | Civil No. 03-1521-KI |
|---|---|
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ORDER |
| Defendant. | |

Upon consideration of the parties' Stipulation for Award of Attorney Fees, Costs and Expenses, and the Court agreeing that fees and expenses should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney, Sharon Maynard is hereby awarded attorney fees of $3,840.00, and expenses of $55.54, under the EAJA, and costs of $181.10 under 28 U.S.C. § 1920.

///

///

///

ORDER - [03-1521-KI]

DATED this 22 day of Aug 2005.

/s/ Garr King
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

KARIN J. IMMERGUT OSB # 96314
United States Attorney
District of Oregon

NEIL J. EVANS, OSB #96551
Assistant United States Attorney

*Carol A. Hoch*
s/ Carol A. Hoch
CAROL A. HOCH
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2684

ORDER - [03-1521-KI]